UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TRUSTEES OF THE TILE, MARBLE AND TERRAZZO INDUSTRY INSURANCE FUND; TILE, MARBLE AND TERRAZZO INDUSTRY PENSION FUND; TILE, MARBLE & TERRAZZO INDUSTRY JOINT TRAINING FUND; LABOR MANAGEMENT FUND; TILE, MARBLE AND TERRAZZO INDUSTRY SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND; TILE, MARBLE AND TERRAZZO INDUSTRY VACATION AND HOLIDAY FUND; and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 1 F/K/A BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 32,

        Plaintiffs,

vs.

J&S INTERIOR CONCEPTS, INC., a Michigan Corporation, and JASON SHOCK, an individual, jointly and severally,

        Defendants
_____/

Case No. 11-12589
HON. George Caram Steeh

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS MATTER CAME before the Court on Plaintiffs' Motion for the Entry of a Default Judgment. The Court, being fully advised in the premises, finds that:

1. Defendants were all served with a copy of the Summons and Complaint on June 21, 2011.

2. Defendants have not filed an answer or taken any such action as may be permitted by law within twenty-one (21) days of service.

3. Defendants are not infants or incompetent persons.

4. A Clerk's Entry of Default was entered against Defendants on October 7, 2011.

5. Plaintiffs are entitled by law to the relief requested.

ACCORDINGLY IT IS ORDERED THAT Defendants, within 15 days of the date of being served with a copy of this Order, submit such of J&S Interior Concepts, Inc.'s books and records for audit, as requested by the Plaintiffs' auditor, including, but not limited to:

 A. Internal Revenue Service Forms W-2 and W-4;

 B. Internal Revenue Service Forms 940, 941, 1099 and 1096;

 C. Michigan Employment Security Commission Reports;

 D. All time cards, payroll data and workers' disability compensation records, including audits;

 E. State of Michigan Forms 1020; and

 F. Corporate Defendant's general ledger.

ACCORDINGLY, IT IS FURTHER ORDERED THAT Plaintiffs shall upon motion for final judgment against Defendants be entitled to judgment in the amount found due and owing after audit, together with all interest thereon, liquidated damages and attorney fees incurred as a result of this proceeding, under 29 U.S.C. § 1132(g)(2) pursuant to their claims brought under ERISA; 29 U.S.C. § 1132 and § 1109.

The Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

             s/George Caram Steeh
             United States District Judge

Dated: November 17, 2011